IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick Cogan, | No. CV-14-01418-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| County of Maricopa, et al., | |
| Defendants. | |

Pending before the Court is Defendants Maricopa County Juvenile Probation Department, Eric Meaux, and Charlotte Shrum's ("Defendants") Motion to Vacate Taxation Judgment (Doc. 66). Defendants represent that they were preparing to withdraw the bill of costs when the Clerk taxed costs in their favor.

For good cause showing,

**IT IS HEREBY ORDERED granting** Defendants' Motion to Vacate Taxation Judgment (Doc. 66). The Court respectfully requests the Clerk vacate the Judgment on Taxation (Doc. 65) in the amount of $412.00 against Plaintiff. No costs are awarded.

**Dated** this 3rd day of April, 2018.

Honorable Diane J. Humetewa
United States District Judge